IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAMONT MITCHELL )<br>2035 38th Street, SE #301 )<br>Washington, D.C., )<br> )<br>VIOLA BOWEN )<br>2468 Alabama Avenue, SE #27 )<br>Washington, D.C., )<br> )<br>THE EQUAL RIGHTS CENTER )<br>1212 New York Avenue, N.W. )<br>Suite 500 )<br>Washington, D.C. 20005 )<br> )<br>           Plaintiffs, )<br> )<br>     v. )<br> )<br>DCX INC. )<br>d/b/a Diamond Cab Company of DC )<br>1100 Q Street, N.W. )<br>Washington, D.C. 20009, )<br> )<br>JOHN DOE, *et al.* )<br>c/o: )<br>DCX Inc. )<br>d/b/a Diamond Cab Company of DC )<br>1100 Q Street, N.W. )<br>Washington, D.C. 20009, )<br> )<br>           Defendants. )<br> ) | Civil Action No. 1:00-CV-01317<br>Judge Richard W. Roberts |

## ~~PROPOSED~~ ORDER

Upon consideration of Plaintiffs' Motion for Leave to File a Corrected Version of Exhibit 1 to Their Opposition to Defendant DCS, Inc.'s Motion for Summary Judgment and Memorandum in Support of Plaintiffs' Cross Motion for Summary



Judgment, it is ORDERED this ~~9th~~ 9th day ~~October~~ November, 2001, that the motion is GRANTED.

_____
Richard W. Roberts
United States District Judge