IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 8 2002

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LAMONT MITCHELL *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Civil # 1:00CV 01317 |
| v. | ) | Judge Roberts |
| | ) | |
| DCX, INC. *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave for Withdrawal of Counsel for good cause shown, it is this 27th day of June 2002,

ORDERED that Plaintiffs' motion is hereby granted.

_____
U.S. District Judge Roberts

4

