IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



LAMONT MITCHELL, et al.,

      Plaintiffs,

v.

                                                Civ. No. 1:00-CV-01317 (RWR)

DCX, INC., et al.,

      Defendants.

**ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND DEADLINE FOR
FILING JOINT STATUS REPORT**

Upon consideration of the Parties' Joint Motion to Extend Deadline for Filing Joint Status Report, it is hereby ORDERED that the Motion is GRANTED, and that the parties may have up to October 10, 2003 in which to file their Joint Status Report. *Nunc pro tunc*

IT IS SO ORDERED.

/s/ *[signature]*                                        Dated: 10/15/03
U.S. District Court Judge
Richard W. Roberts

