```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **LAMONT MITCHELL,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 00-1317 (RWR) |
| v. | ) |
| | ) |
| **DCX, INC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 24, 2004, counsel jointly represented to the court that the parties have reached an agreement in principle to settle this case. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty-five days to permit the parties to finalize all aspects of their settlement agreement. It is further

ORDERED that any party may, within thirty-five days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty-five days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 24th day of February, 2004.

_____
RICHARD W. ROBERTS
United States District Judge