**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAMONT MITCHELL *et al.*  <br><br>    Plaintiffs  <br><br>    v.  <br><br>DCX, INC.  <br><br>    Defendants | Civil # 1:00 CV 01317  <br>Judge Roberts |

**ORDER DENYING PLAINTIFF'S MOTION TO REOPEN**

Having considered the Plaintiff's motion to reopen this matter, and Defendant's opposition thereto, and the Court finding that it lacks jurisdiction to reopen this matter to consider whether to enforce the agreement in principle reached by the parties, it is

ORDERED that the motion to reopen be and is denied.

_____
United States District Judge