UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LAMONT MITCHELL,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 00-1317 (RWR) |
| v. | ) | |
| | ) | |
| **DCX, INC.,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On July 19, 2004, counsel for both parties in this case notified the court that a settlement has been reached.  In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days to permit both parties to finalize all aspects of their settlement agreement.  It is further

ORDERED that either party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court.  It is further

ORDERED that if neither party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 10th day of August, 2004.

_____
RICHARD W. ROBERTS
United States District Judge